## STATE OF CONNECTICUT *v.* ROCCO FRATANTONIO (8720)

DUPONT, C. J., FOTI and LAVERY, Js.

Argued September 25—decision released September 27, 1990

*Donald Dakers,* public defender, for the appellant (defendant).

*Jack W. Fischer,* with whom, on the brief, were *Michael Dearington,* state's attorney, and *Gerard Esposito,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.